NO. 30394

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

ALLEN VIDAL, Petitioner,

vs.

LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD, Respondent.

LAW LIBRARY

FILED

2010 APR -7 AM 9:36

JEAN R. KIKUMOTO
CLERK APPELLATE COURTS
STATE OF HAWAII

ORIGINAL PROCEEDING
(AB 2009-36 (02-04-41062))

ORDER
(By: Duffy, J. for the court[1])

Upon consideration of the "Motion to Disqualify" and "Request to be Heard" filed on March 30, 2010, it appears that the petition for a writ of mandamus was denied on March 25, 2010 and the motion for reconsideration was denied on March 31, 2010. Therefore,

IT IS HEREBY ORDERED that the "Motion to Disqualify" and "Request to be Heard" are dismissed.

IT IS FURTHER ORDERED that the clerk of the appellate court shall not accept any further filings in this case.

DATED: Honolulu, Hawai'i, **April 7, 2010.**

FOR THE COURT:



Associate Justice

_____

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.